# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| STEPHEN STERNER, | ) | |
|     *Plaintiff*, | ) ) ) | |
| v. | ) ) | NO. 2:18-CV-00162 REEVES/WYRICK |
| LYNDA STERNER, | ) ) | |
|     *Defendant*. | ) ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is former United States Magistrate Judge Corker's Report and Recommendation ("R&R") [D. 3] regarding Stephen Sterner's complaint [D. 2]. Judge Corker recommends that Mr. Sterner's complaint be dismissed under 28 U.S.C. § 1915(e) for failure to state a federal claim upon which relief can be granted, but without prejudice so that Mr. Sterner may re-file in the appropriate court. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2).

Under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the Court may dismiss a complaint that is frivolous or fails to state a claim upon which relief can be granted.[1] The Court has reviewed the record and the findings contained and agrees that Mr. Sterner does not raise a claim arising under a Federal statute or the Constitution or have a basis for diversity jurisdiction. Consequently, this Court has no jurisdiction over the subject matter of the suit.

---

[1] Though 28 U.S.C. § 1915 makes specific reference to "prisoners" and Mr. Sterner is not a prisoner, the Sixth Circuit has held that non-prisoners may proceed under section 1915 as well. See *Floyd v. U.S. Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997) (*overruled on other grounds* in *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999)) (finding that 28 U.S.C. § 1915 is not limited to prisoner suits despite its references to prisoners).

1

Thus, the Court agrees with the R&R and hereby **ADOPTS** it. For the reasons stated in the R&R, Mr. Sterner's complaint [D. 2] will be dismissed in a contemporaneously filed judgment. The dismissal will be without prejudice to Mr. Sterner's right to re-file in a different, appropriate Court.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**